

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00159-CV

| | | |
|---|---|---|
| TARRANT COUNTY, TEXAS, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-294259-17) |
| V. | § | October 24, 2019 |
| | § | |
| TONY LEE GREEN, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment of dismissal.

It is further ordered that appellee Tony Lee Green shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth